

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Elizabeth Silva Mendoza, Appellant

No. 06-14-00227-CR     v.

The State of Texas, Appellee

Appeal from the Criminal District Court No. 6 of Dallas County, Texas (Tr. Ct. No. F13-40734-X). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting any suggestion that Elizabeth Mendoza's ten-month sentence was imposed pursuant to a plea agreement and by clarifying that she entered an open plea of true to the State's allegations supporting revocation. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Elizabeth Mendoza, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 25, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk